IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00259-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMIE WALLACE,

    Defendant.

## ORDER RESETTING TRIAL PURSUANT TO 18 U.S.C. § 3161(h)(8)

THE COURT, having reviewed the Defendant's Motion to Continue and Extend Deadline for Pretrial Motions, and being otherwise fully advised, finds pursuant to 18 U.S.C. § 3161(h)(8) that failure to grant a 30-day continuance of the trial would unreasonably deny counsel for the defendant adequate opportunity to prepare for trial. The ends of justice served by the granting of continuance motion outweigh the best interest of the public and the defendant in a speedy trial.  It is therefore

ORDERED that Defendant's Unopposed Motion to Continue and Extend Deadline for Pretrial Motions (Dkt. # 11) is GRANTED.  It is

FURTHER ORDERED that the Final Trial Preparation Conference currently set for September 22, 2006, at 9:00 a.m. is VACATED and reset to **October 27, 2006, at 4:30 p.m.**  It is

FURTHER ORDERED that the trial currently set for October 3, 2006 is VACATED and reset to **November 6, 2006 at 1:30 p.m.**  It is

FURTHER ORDERED that pretrial motions shall now be filed by **September 5, 2006,** and responses to these motions shall be filed by **September 12, 2006.**

DATED: August 21, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge