IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00259-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMIE WALLACE,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

In light of Government and defense counsel's telephone conference with Chambers staff, and a second Notice of Disposition and Motion Requesting Hearing to Change Plea (Dkt. # 18), filed October 30, 2006, a Change of Plea hearing in this matter is set for **Friday, December 8, 2006 at 11:30 a.m.**

DATED:  October 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge