IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00259-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMIE WALLACE,

    Defendant.

---

### ORDER RESETTING CHANGE OF PLEA HEARING

---

    Defendant Tommie Wallace's Unopposed Motion to Reset Change of Plea (Dkt. # 21) is GRANTED.  It is hereby

    ORDERED that the change of plea hearing currently set for December 8, 2006 is RESET for **Friday, January 5, 2007 at 4:00 p.m.**

    DATED:  December 6, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge