UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00259-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TOMMIE WALLACE,

       Defendant.

---

## ORDER RESETTING SENTENCING HEARING

---

On March 23, 2007 this case was reassigned to the undersigned.  Due to a scheduling

conflict,

**IT IS ORDERED** that the sentencing hearing currently scheduled for **June 4, 2007 is**

**VACATED** and reset to **June 18, 2007 at 10:00 a.m.** in  United States District Court for the

District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street,

Denver, Colorado.  Any objections to this resetting shall be filed within 10 days of the date of this

order, responses to those objections within 3 days.

Dated this 23rd day of March, 2007

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge