UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00259-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TOMMIE WALLACE,

       Defendant.

---

## ORDER RESETTING SENTENCING HEARING

Pursuant to the agreement of the parties,

**IT IS ORDERED** that the sentencing hearing in this matter is reset to **August 27, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 14th day of June, 2007

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge