IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover           Date:  August 31, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Tom Destito

Criminal Action No. 06-cr-00259-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Matt Kirsch

       Plaintiff,

v.

TOMMIE WALLACE,                              Matthew Golla

       Defendant.

## CONTINUED SENTENCING MINUTES

**4:03 p.m.**     **Court in session**.

Defendant present in custody.

**ORDER:**   Defendant's Motion to Seal **(Doc. #38)** is **GRANTED** except the request in the motion that any order resulting from documents 36 and 37 be sealed. The order is oral and cannot be sealed. The motion is otherwise granted.

**Change of Plea Hearing on March 1, 2007. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Motion at **(Doc. #36)** is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:29 p.m.**   **Court in recess.**

Total Time:   26 minutes
Hearing concluded.